UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

DEDRIC MOORE #K-53438, )
    Plaintiff, )
    vs. ) No. 07-2015
DONALD A. HULICK (WARDEN), )
    Defendant(s) )

FILED
JAN 29 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION FOR APPOINTMENT OF COUNSEL

1. I, DEDERIC MOORE, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

I'VE WRITTEN TO SEVERAL ATTORNEYS TO OBTAIN ASSISTANCE BUT

ALL TO NO AVAIL. MY FAMILY WERE UNABLE TO ASSIT ME BECAUSE

OF FINANCIAL INABILITIES.

I'VE HAD TO OBTAIN ASSIST FROM A PRISON JAIL HOUSE LAWYER WHO

HAS ALREADY INFORMED ME THAT HE WOULD BE UNABLE TO ASSIST ME

ANY FURTHER THEN HELPING ME WITH THE INITIAL FILING OF THIS

PETITION PRESENTLY BEFORE THIS HONORABLE COURT.

3. In further support of my motion, I declare that (check appropriate answer):

__xxxxxx__    I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

_____    I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

In further support of my motion, I declare that (check appropriate answer):

__xxxxxx__  I have attached an original application to proceed in forma pauperis detailing my financial status.

_____  I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____  I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____
Movant's Signature

MENARD CORRECTIONAL CENTER
711 KASKASKIA STREET
Street Address

MENARD, ILLINOIS 62259-0711
City/State/Zip Code

Date: 17 January 2007

10/94

2