UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| **DEDRIC MOORE,** ) | |
| ) | |
| **Petitioner,** ) | |
| v. ) | Case No. 07-CV-2015 |
| ) | |
| **DONALD A. HULICK, Warden,** ) | |
| ) | |
| **Respondent.** ) | |

## ORDER

On January 29, 2007, Petitioner, Dedric Moore, filed an Application to Proceed in Forma Pauperis (#1) which included the required trust fund ledger. The ledger shows that Petitioner has no funds available to pay the $5.00 filing fee. Therefore, Petitioner's Application to Proceed in Forma Pauperis (#1) is GRANTED. The clerk is directed to file the attached Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. Petitioner also filed a Motion for Appointment of Counsel (#2). This court concludes that Petitioner has not shown that appointment of counsel is warranted in this case. Therefore, Petitioner's Motion for Appointment of Counsel (#2) is DENIED.

This court now orders that Respondent, Donald A. Hulick, has sixty (60) days to file a response to the Petition pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. This court further orders that Respondent should attach those portions of the state court record which are relevant to Petitioner's claims and to the issues of the statute of limitations, exhaustion of state remedies, and procedural default.

IT IS THEREFORE ORDERED THAT:

(1) Petitioner's Application to Proceed in Forma Pauperis (#1) is GRANTED. The clerk is directed to file the attached Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody without the payment of the $5.00 filing fee.

(2) Petitioner's Motion for Appointment of Counsel (#2) is DENIED.

(3) Respondent is ordered to file his Response to the Petition pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Court. Respondent should attach those portions of the state court record which are relevant to Petitioner's claims and to the issues of the statute of limitations, exhaustion of state remedies, and procedural default.

ENTERED this 1st day of February, 2007.

s/MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE