E-FILED
Wednesday, 07 February, 2007  10:58:02 AM
Clerk, U.S. District Court, ILCD

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden Ronald Hulick
P.O Box 711
Menard, Il
62259

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
G. Loane                        2/5/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

#07-2015

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7004 2890 0001 1719 8458

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED
FEB - 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL