E-FILED
Tuesday, 20 February, 2007 02:17:58 PM
Clerk, U.S. District Court, ILCD

**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wm Browers
100 W. Randolph
12th Floor
Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) — RECEIVED ATTORNEY GENERAL   C. Date of Delivery FEB 0 5 2007

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

OFFICE SRVCS
MAIL ROOM
07 MAR -0

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7004 2890 0001 1719 8465

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
FEB 20 2007
URBANA, IL 61802-3348

201 S. VINE ST., STE. 218
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

