**E-FILED**
Monday, 26 March, 2007  08:19:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. DEDRIC MOORE, | ) ) ) | |
| Petitioner, | ) ) | No. 07-2015 |
| vs. | ) ) ) | |
| DONALD HULICK, | ) ) | |
| Respondent. | ) | |

NOTICE OF APPEARANCE

Now comes Lisa Madigan, Attorney General of Illinois, and hereby enters an appearance for the respondent in the above-captioned cause.

BY:
LISA MADIGAN
Attorney General of Illinois
/s/ Mary A. Fleming
MARY A. FLEMING
Assistant Attorney General
100 W. Randolph, 12th Floor
Chicago, Il. 60601
(312) 814-3692
Mfleming@atg.state.il.us
Atty. Reg. #6242892

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DEDRIC MOORE, ) ) ) | |
| Petitioner, ) | No. 07-2015 |
| ) | |
| vs. ) | |
| ) | |
| DONALD HULICK, ) ) | |
| Respondent. ) | |

**Certificate of Service**

    I hereby certify that on March 26, 2007, Don Hulick, respondent, through his attorney Lisa Madigan, Attorney General of Illinois, submitted his **Appearance** for electronic filing and uploading to the CM/ECF system. A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF user on March 27, 2007: Dedric Moore, K53438, Menard Correctional Center, 711 Kaskaskia Road, P.O. Box 711, Menard, Illinois, 62259.

                                                                                                                                                                              LISA MADIGAN
                                         Attorney General of Illinois
                BY:   /s/ Mary A. Fleming
                                  MARY A. FLEMING
                                  Assistant Attorney General
                                  100 W. Randolph, 12th Floor
                                  Chicago, Il. 60601
                                  (312) 814-3692
                                  Mfleming@atg.state.il.us
                                  Atty. Reg. #6242892

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

U.S., ex rel. Dedric Moore, petitioner
v.
Donald Hulick, warden, respondent

**APPEARANCE**

Case Number: 07-2015

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for respondent wardon Donald Hulick

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/26/2007 | /s Mary A. Floming |
| Date | Signature |
| | Mary A. Fleming           6242892 |
| | Print Name           Bar Number |
| | 100 W. Randolph, 12th Floor |
| | Address |
| | Chicago    IL    60601 |
| | City    State    Zip Code |
| | (312) 814-3692    (312) 814-2253 |
| | Phone Number    Fax Number |