**E-FILED**
Monday, 26 March, 2007  08:25:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. | ) | |
| DEDRIC MOORE, | ) | |
| | ) | |
| Petitioner, | ) | No. 07-2015 |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD HULICK, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION FOR EXTENSION OF TIME

Now comes the respondent and respectfully requests a thirty-five (35) day extension to and including May 7, 2007, in which to file his answer or other pleading in this cause.

An affidavit in support of this motion is attached hereto.

Respectfully submitted,
Lisa Madigan
Attorney General of Illinois

By:     s/ Mary A. Fleming _____
Mary A. Fleming
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-3692
mfleming@atg.state.il.us

STATE OF ILLINOIS        )
                         ) ss.
COUNTY OF COOK           )

<u>AFFIDAVIT</u>

I, MARY A. FLEMING, being first duly sworn upon oath, deposes and states as follows:

1.      That I am an Assistant Attorney General assigned to the Criminal Appeals Division of

the Office of the Illinois Attorney General and I am the Assistant currently responsible for this case.

2.      That respondent's answer is due on or before March 26, 2007.

3.      That I will require additional time in which to obtain and review the state court records.

Due to a high number of recent record requests, Champaign County is currently processing my request

for the trial court record.  The record is expected to be sent to me the week of March 21, 2007 or March

26, 2007.  Also, I am still receiving petitioner's appellate court records.  Once the records are received,

I can complete respondent's pleading.

4.      As well, affiant is faced with a number of other simultaneous and competing obligations

which are as follows:

- *Stewart v. Jones*, 06 MR 115, Livingston County Circuit Court, Response to Amended Petition to be filed March 26, 2007;

- *Palmer v. Zimmerman*, 06-3253, United States District Court for the Central District of Illinois, Motion To Dismiss filed March 13, 2007;

- State habeas call in Will County on April 13, 2007;

- *People v. Washington*, 1-06-1410, Illinois Appellate Court, First District, Brief due 19, 2007;

- *Young v. Jones*, 07 C 1100, United States District Court for the Northern District of Illinois, Answer 25, 2007;

- *Levy v. Illinois Department of Corrections*, 06-4821, United States District Court for the Northern District of Illinois, Answer due April 4, 2007;

1

- *Mosley v. Randolph*, 06-cv-1204, United States District Court for the Central District of Illinois, Response filed March 19 2007.

5. That this is the named respondent's first request for an extension of time in this matter.

6. That this motion is made in good faith and not for purpose of delay.

s/ Mary A. Fleming

Mary A. Fleming

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. | ) | |
| DEDRIC MOORE, | ) | |
| | ) | |
| Petitioner, | ) | No. 07-2015 |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD HULICK, | ) | |
| | ) | |
| Respondent. | ) | |

### Certificate of Service

I hereby certify that on March 26, 2007, respondent, through his attorney Lisa Madigan, Attorney General of Illinois, submitted his **Motion For Extension Of Time** for electronic filing and uploading to the CM/ECF system. A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF user on March 27, 2007: Dedric Moore, K53438, Menard Correctional Center, 711 Kaskaskia Road, P.O. Box 711, Menard, Illinois, 62259.

LISA MADIGAN
Attorney General of Illinois
BY:    /s/ Mary A. Fleming
MARY A. FLEMING
Assistant Attorney General
100 W. Randolph, 12th Floor
Chicago, Il. 60601
(312) 814-3692
mfleming@atg.state.il.us
Atty. Reg. #6242892

**E-FILED**
Monday, 26 March, 2007  08:26:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. | ) | |
| DEDRIC MOORE, | ) | |
| | ) | |
| Petitioner, | ) | No. 07-2015 |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD HULICK, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

This matter coming on to be heard on motion of respondent for leave to file motion to

dismiss and for extension of time to file answer, the motion is hereby GRANTED/DENIED.


DATED: _____          ENTER:



_____
                                          JUSTICE

MARY A. FLEMING
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-3692
mfleming@atg.state.il.us
Atty. Reg. #6242892
Counsel for respondent