AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF  ILLINOIS

UNITED STATES OF AMERICA, ex rel.  
 DEDRIC MOORE,

 Petitioner,

 v.

DONALD A. HULICK, Warden, Menard Correctional Center

 Respondent.

**APPEARANCE**

Case Number: 07-2015

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

 Respondent DONALD A. HULICK, Warden, Menard Correctional Center.

 I certify that I am admitted to practice in this court.

| 6/18/2007 | s/ Eldad Z. Malamuth |
|---|---|
| Date | Signature |
| | Eldad Z. Malamuth — 6275421 |
| | Print Name — Bar Number |
| | 100 West Randolph Street, 12th Floor |
| | Address |
| | Chicago — Illinois — 60601 |
| | City — State — Zip Code |
| | (312) 814-2235 — (312) 814-2253 |
| | Phone Number — Fax Number |

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | | |
|---|---|---|
| United States of America ex rel.<br>  DEDRIC MOORE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 07-2015 |
| Donald A. Hulick, Warden, | ) | |
|   Menard Correctional Center, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondents. | ) | Chief Judge Presiding. |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, I electronically filed my APPEARANCE as counsel for respondent in the above-captioned matter with the Clerk of the United States District Court for the Central District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Dedric Moore #K52275
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, Illinois 62259.

LISA MADIGAN
Attorney General of Illinois

By:   s/ Eldad Z. Malamuth
ELDAD Z. MALAMUTH, Bar # 6275421
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
TELEPHONE: (312) 814-2235
FAX: (312) 814-2253
EMAIL: emalamuth@atg.state.il.us