IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | | |
|---|---|---|
| United States of America ex rel. | ) | |
|   DEDRIC MOORE, | ) | |
| | ) | |
|                       Petitioner, | ) | |
| | ) | |
|             v. | ) | |
| | ) | Case No. 07-2015 |
| Donald A. Hulick, Warden, | ) | |
|   Menard Correctional Center, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
|                      Respondents. | ) | Chief Judge Presiding. |

_____

## MOTION TO SUBSTITUTE COUNSEL

Respondent, DONALD A. HULICK, Warden of the Menard Correctional Center, respectfully requests that this Court grant him leave to substitute counsel in the above-captioned cause. In support, respondent states as follows:

1. This is a habeas corpus case filed by a state prisoner.

2. This case originally was assigned to Assistant Attorney General Mary A. Fleming, who is leaving the service of the Attorney General's Office and will no longer be involved with this case. Ms. Fleming filed an answer to the petition for writ of habeas corpus on May 4, 2007.

3. This case has now been assigned to Assistant Attorney General Eldad Z. Malamuth, who today filed his entry of appearance.

4. Respondent respectfully requests that this Court allow him to substitute Mr. Malamuth as counsel of record in place of Ms. Fleming.

June 18, 2007                                  Respectfully submitted,

                 LISA MADIGAN
                 Attorney General of Illinois

          By: s/ Eldad Z. Malamuth
              ELDAD Z. MALAMUTH, Bar # 6275421
              Assistant Attorney General
              100 West Randolph Street, 12th Floor
              Chicago, Illinois 60601
              TELEPHONE:  (312) 814-2235
              FAX:  (312) 814-2253
              E-MAIL: emalamuth@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2007, I presented the attached **MOTION TO SUBSTITUTE COUNSEL** to the Clerk of the United States District Court for the Central District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Dedric Moore #K52275  
Menard Correctional Center  
711 Kaskaskia Street  
P.O. Box 711  
Menard, Illinois 62259.

                                              LISA MADIGAN  
                                              Attorney General of Illinois

By:    s/ Eldad Z. Malamuth  
          ELDAD Z. MALAMUTH, Bar # 6275421  
          Assistant Attorney General  
          100 West Randolph Street, 12th Floor  
          Chicago, Illinois 60601  
          TELEPHONE: (312) 814-2235  
          FAX: (312) 814-2253  
          EMAIL: emalamuth@atg.state.il.us