AO 450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**DEDRIC MOORE,**
**Petitioner,**

vs.                                             Case Number:   **07-2015**

**DONALD HULICK,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus is denied.  Case is terminated.

ENTER this 29th day of January 2008.

s/Pamela E Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK