# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:*                                        *Docket No.:*

*Division:*

**Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)**

v.

---

*Current Counsel for Plaintiff (Petitioner):*        *Current Counsel for Defendant (Respondent):*

(Use separate sheet for additional counsel)

*Name:*                                            *Name:*

*Firm:*                                            *Firm:*

*Address:*                                         *Address:*

*Phone:*                                           *Phone:*

---

*Judge:*                                           *Nature of Suit Code:*

*Court Reporter:*                                  *Date Filed in District Court:*

                                                   *Date of Judgment:*

                                                   *Date of Notice of Appeal:*

*Counsel:*   ___Appointed      ___Retained      ___Pro Se

*Fee Status:*    ___Paid    ___Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

ADDITIONAL COUNSEL FOR RESPONDENT

Eldad Z. Malamuth
ILLINOIS ATTORNEY GENERAL
500 S Second St.
Springfield, IL 62706