

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

March 4, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: MOORE v. HULICK
        D. C. Docket No. 07-2015
        U. S. C. A. Docket No. NONE ASSIGNED YET

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    1 Volumes of Pleadings

      Volumes of Transcript

      Volumes of Depositions

      Volumes of Exhibits:

      Impounded Exhibits:

      Other (specify): **Five (5) volumes of loose pleadings**

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                Very truly yours,
                s/Pamela E. Robinson
                PAMELA E. ROBINSON, CLERK

                BY: s/V. Ball
                    Deputy Clerk