2:07-cv-02015-MPM-DGB   # 25   Page 1 of 4

ELECTRONIC FILING SYSTEM - U.S. District Court ILCD

Page 1 of 4

E-FILED
Tuesday, 04 March, 2008 01:16:18 PM
Clerk, U.S. District Court, ILCD

21, 25, APPEAL, HABEAS, PROSE, REFER

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CIVIL DOCKET FOR CASE #: 2:07-cv-02015-MPM-DGB
### Internal Use Only

Moore v. Hulick
Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/29/2007
Date Terminated: 01/29/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Dedric Moore**                                represented by   **Dedric Moore**
                                                                 K 53438
                                                                 MENARD
                                                                 Menard Correctional Center
                                                                 Inmate Mail/Parcels
                                                                 PO Box 711
                                                                 Menard, IL 62259
                                                                 PRO SE

V.

**Respondent**

**Donald A Hulick**                             represented by   **Mary A Fleming**
                                                                 ILLINOIS ATTORNEY GENERAL
                                                                 12th Floor
                                                                 100 W Randolph St
                                                                 Chicago, IL 60601
                                                                 312-814-2391
                                                                 Fax: 312-814-2253
                                                                 Email: mfleming@atg.state.il.us
                                                                 *TERMINATED: 06/18/2007*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Eldad Z Malamuth**
                                                                 ILLINOIS ATTORNEY GENERAL
                                                                 500 S Second St
                                                                 Springfield, IL 62706
                                                                 312-814-2235
                                                                 Fax: 312-814-2253
                                                                 Email: emalamuth@atg.state.il.us
                                                                 *ATTORNEY TO BE NOTICED*

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY: V. Ball
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 3/4/08

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2007 | 1 | PETITION for Leave to Proceed in forma pauperis by Petitioner Dedric Moore. Responses due by 2/12/2007 (Attachments: # 1 # 2 Exhibit)(KW, ilcd) (Entered: 01/29/2007) |
| 01/29/2007 | 2 | MOTION to Appoint Counsel by Petitioner Dedric Moore. Responses due by 2/12/2007 (KW, ilcd) (Entered: 01/29/2007) |
| 02/01/2007 | 3 | ORDER Entered by Chief Judge Michael P. McCuskey on 2/1/07. Motion to Appoint Counsel 2 is denied. Motion for Leave to Proceed in forma pauperis 1 is granted. Respondent has 60 days to respond to the petition. Miscellanous deadline 4/2/07. See written order. (KW, ilcd) (Entered: 02/01/2007) |
| 02/01/2007 | 4 | PETITION for Writ of Habeas Corpus, filed by Dedric Moore. (Attachments: # 1 Exhibit)(KW, ilcd) (Entered: 02/01/2007) |
| 02/01/2007 | | Set/Reset Deadlines/Hearings: Miscellaneous Deadline 4/2/2007 answer is due (KW, ilcd) (Entered: 02/01/2007) |
| 02/07/2007 | 5 | Return of Service Executed by Dedric Moore as to Donald A Hulick. Respondent served on 2/5/07. (VB, ilcd) (Entered: 02/07/2007) |
| 02/20/2007 | 6 | Return of Service Executed as to William Browers (VB, ilcd) (Entered: 02/20/2007) |
| 03/26/2007 | 7 | NOTICE of Appearance of Attorney by Mary A Fleming on behalf of Donald A Hulick (Attachments: # 1 appearance)(Fleming, Mary) (Entered: 03/26/2007) |
| 03/26/2007 | 8 | First MOTION for Extension of Time to File Response/Reply as to 4 PETITION for Writ of Habeas Corpus by Respondent Donald A Hulick. Responses due by 4/12/2007 (Attachments: # 1 Text of Proposed Order)(Fleming, Mary) (Entered: 03/26/2007) |
| 03/27/2007 | | TEXT ORDER granting 8 Motion for Extension of Time to File Response re 4 PETITION for Writ of Habeas Corpus. Respondent is allowed until 5/7/2007 to file his Response. Entered by Chief Judge Michael P. McCuskey on 03/27/2007. (DK2, ilcd) (Entered: 03/27/2007) |
| 05/04/2007 | 9 | RESPONSE to Motion re 4 PETITION for Writ of Habeas Corpus filed by Respondent Donald A Hulick. (Attachments: # 1 Exhibit A# 2 Exhibit 1 of 3# 3 Exhibit 2 of 3# 4 Exhibit b3# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E# 8 Exhibit F# 9 Exhibit G# 10 Exhibit H# 11 Exhibit I# 12 Exhibit J# 13 Exhibit K# 14 Exhibit L# 15 Exhibit M# 16 Exhibit N# 17 Exhibit O# 18 Exhibit P# 19 Exhibit Q# 20 Exhibit R# 21 Exhibit S# 22 Exhibit T# 23 Exhibit U# 24 Exhibit V# 25 Exhibit W)(Fleming, Mary) (Entered: 05/04/2007) |
| 05/04/2007 | 10 | Exhibit re 9 Response to Motion,, by Donald A Hulick. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 3# 4 Exhibit 4# 5 5# 6 6# 7 7# 8 8# 9 9# 10 10# 11 11# 12 Exhibit 12)(Fleming, Mary) (Entered: 05/04/2007) |

| | | |
|---|---|---|
| 05/04/2007 | 11 | Exhibit re 9 Response to Motion,, by Donald A Hulick. (Attachments: # 1 13# 2 14# 3 15# 4 16# 5 17# 6 18# 7 19# 8 20# 9 21# 10 22# 11 23# 12 24) (Fleming, Mary) (Entered: 05/04/2007) |
| 05/04/2007 | 12 | Exhibit re 9 Response to Motion,, by Donald A Hulick. (Attachments: # 1 25# 2 26# 3 27# 4 28# 5 29# 6 30# 7 31# 8 32# 9 33# 10 34# 11 35# 12 36# 13 37# 14 38)(Fleming, Mary) (Entered: 05/04/2007) |
| 05/04/2007 | 13 | Exhibit re 9 Response to Motion,, by Donald A Hulick. (Attachments: # 1 39# 2 40# 3 41# 4 42# 5 43# 6 44# 7 45# 8 46# 9 47# 10 48# 11 49# 12 50# 13 51# 14 52# 15 53)(Fleming, Mary) (Entered: 05/04/2007) |
| 06/18/2007 | 14 | NOTICE of Appearance of Attorney by Eldad Z Malamuth on behalf of Donald A Hulick (Attachments: # 1 Certificate of Service)(Malamuth, Eldad) (Entered: 06/18/2007) |
| 06/18/2007 | 15 | MOTION to Substitute Attorney, Mary A. Fleming to be replaced by Eldad Z. Malamuth, by Respondent Donald A Hulick.Responses due by 7/5/2007 (Malamuth, Eldad) (Entered: 06/18/2007) |
| 06/18/2007 | | TEXT ORDER granting 15 Motion to Substitute Attorney. Added attorney Eldad Z Malamuth for Respondent, Donald A. Hulick. Attorney Mary A Fleming terminated. Entered by Chief Judge Michael P. McCuskey on 06/18/2007. (DK2, ilcd) (Entered: 06/18/2007) |
| 07/20/2007 | 16 | MOTION to Hold in Abeyance Petitioner's Petition for Writ of Habeas Corpus by Petitioner Dedric Moore. Responses due by 8/6/2007 (Attachments: # 1 Exhibit A, # 2 Exhibit C)(VB, ilcd) (Entered: 07/20/2007) |
| 08/06/2007 | 17 | RESPONSE to Motion re 16 MOTION to Hold in Abeyance Petitioner's Petition for Writ of Habeas Corpus filed by Respondent Donald A Hulick. (Malamuth, Eldad) (Entered: 08/06/2007) |
| 01/29/2008 | 18 | OPINION Entered by Chief Judge Michael P. McCuskey on 1/29/08. (1) Petitioners Motion to Hold in Abeyance Petitioners Petition for Writ of Habeas Corpus (#16) is DENIED.(2) Petitioners Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (#4) is DENIED.(3) This case is terminated. See written opinion. Copy mailed to pro se petitioner. (KW, ilcd) (Entered: 01/29/2008) |
| 01/29/2008 | 19 | JUDGMENT in favor of Donald A Hulick and against Dedric Moore. Case terminated. (KW, ilcd) (Entered: 01/29/2008) |
| 03/03/2008 | 20 | NOTICE OF APPEAL as to 18 Order on Petition for Writ of Habeas Corpus (2241 & 2254) by Dedric Moore. (VB, ilcd) (Entered: 03/03/2008) |
| 03/03/2008 | 21 | MOTION for Certificate of Appealability by Petitioner Dedric Moore. Responses due by 3/20/2008. (VB, ilcd) (Entered: 03/03/2008) |
| 03/03/2008 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 03/03/2008. After careful review, this court concludes that Petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, Petitioner's 21 Motion for Certificate of Appealability is DENIED. (DK2, ilcd) (Entered: 03/03/2008) |

| 03/04/2008 | 22 | Short Record of Appeal Sent to US Court of Appeals re 20 Notice of Appeal. (VB, ilcd) (Entered: 03/04/2008) |
|---|---|---|
| 03/04/2008 | 23 | Letter of Transmittal to USCA re 20 Notice of Appeal. (VB, ilcd) (Entered: 03/04/2008) |
| 03/04/2008 | 24 | AMENDED Letter of Transmittal to USCA re 20 Notice of Appeal with original record on appeal. (VB, ilcd) (Entered: 03/04/2008) |