To: Office of the clerk
Fr: Dedric Moore #K53438

To whom it may concern I mailed out to you "Motion of appealability" I got a Denial letter today 6 mar 08. But I mailed you 3 copies & the original and I asked if this office could mail me a copy back and as of today I havent recieved no copy.

Case Name: Moore v. Hulick
Case #: 2:07-cv-2015

**RECEIVED**
MAR 10 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The chief Judge Mr McCuskey on 3/03/2008 Denied the Motion of appealability I really need a copy of the brief I filed with the court please. I have no other copy of the motion. I mailed it out on Feb 29-2008 So your office got it on Monday the 3nd? It will be greatly appreciated if yall can mail me just 1 copy of that motion back Thank you please

Dedric Moore #K53438
P.O. Box 711
Menard, IL
  62259