2:07-cv-02015-MPM-DGB   # 28   Page 1 of 1   E-FILED
                                              Wednesday, 12 March, 2008 11:11:09 AM
                                              Clerk, U.S. District Court, ILCD
2:07-cv-02015-MPM-DGB   # 24   Page 1 of 1   E-FILED
                                              Tuesday, 04 March, 2008 01:00:09 PM
                                              Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

March 4, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

**FILED**
MAR 12 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: MOORE v. HULICK
D. C. Docket No. 07-2015
U. S. C. A. Docket No. NONE ASSIGNED YET

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1 Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:      08-1518

Impounded Exhibits:

Other (specify): **Five (5) volumes of loose pleadings**

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

U.S.C.A. — 7th Circuit
FILED
MAR 06 2008 GW
GINO J. AGNELLO
CLERK

Very truly yours,
s/Pamela E. Robinson
PAMELA E. ROBINSON, CLERK

BY: s/V. Ball
    Deputy Clerk

ON AIMS
MAR 06 2008