E-FILED
Monday, 24 March, 2008  12:43:24 PM
Clerk, U.S. District Court, ILCD

IN THE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEDRIC MOORE (No. K53438), | ) Docket Statement To The Circuit |
| | ) Court Of Appeals For the Seventh |
| Petitioner-Appellant | ) Circuit From A final Order Of The |
| | ) United States District Court, |
| | ) Central District of Illinois. |
| | ) Appeal No. 08-1518. |
| vs. | ) |
| | ) Case No. 07-C-2015 |
| DONALD HULICK, Warden, | ) |
| Menard Correctional Center, | ) The Honorable |
| | ) Michael P. McCuskey, |
| Respondent-Appellee. | ) Chief Judge Presiding. |

FILED

MAR 24 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CIRCUIT RULE 3(c) DOCKETING STATEMENT

NOW COMES Petitioner-Appellant, Dedric Moore, in propria persona, in the above-entitled cause, pursuant to Circuit Rule(s) 3(c) and 28(c) for the Circuit Court of Appeals for the Seventh Circuit, and respectfully states as follows.

1. That the jurisdiction of the District Court in this matter was invoked under 28 U.S.C. §2254, a Petition For Writ Of Habeas Corpus brought by a State prisoner.

2. That Appellate jurisdiction is conferred by 28 U.S.C. §2253.

3. That the judgment sought to be reviewed was entered on January 29, 2008.

4. That the Notice Of Appeal from the judgment was filed with the District Court on March 3, 2008.

5. That Petitioner-Appellant, Dedric Moore's current place of confinement is the Menard Correctional Center, Menard, Illinois, Reg. No. K-53438; and Mr. Donald Hulick is current warden at the Menard Correctional Center.

>Respectfully submitted;
>
>_____
>Dedric Moore, Pro Se
>Reg. No. K-53438
>Menard Correctional Center
>P.O. Box 711 Kaskaskia Street
>Menard, Illinois  62259

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF RANDOLPH )


## CERTIFICATION OF VERIFICATION

I, Dedric Moore, being first duly sworn upon oath, declares under the penalty of perjury pursuant to 28 U.S.C. §1746, that I am the Petitioner-Appellant in the above-entitled cause, that I have read the foregoing "Circuit Rule 3(c) Docketing Statement" and certifies that the statements setforth therein are true and correct in substance and in fact, except as to matters stated to be on information and belief and as to such matters certifies as foregoing that I believe the same to be true and I affix my hand to sign this 18th day of March, 2008, attesting to the truth thereof.

/s/ _____
    Dedric Moore, Affiant

-2-

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEDRIC MOORE (No. K53438), ) | Appeal To the Circuit Court Of |
| ) | Appeals For the Seventh Circuit |
| Petitioner-Appellant, ) | From A Final Judgment Order Of |
| ) | The United States District Court, |
| ) | Central District of Illinois. |
| ) | Appeal No. 08-1518. |
| ) | |
| vs. ) | Case No. 07-C-2015 |
| ) | |
| DONALD HULICK, Warden, ) | The Honorable |
| Menard Correctional Center, ) | Michael P. McCuskey, |
| ) | Chief Judge Presiding. |
| Respondent-Appellee. ) | |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:  Honorable Lisa Madigan
     Attorney General of Illinois
     100 W. Randolph - 12th Floor
     Chicago, Illinois 60601

  PLEASE TAKE NOTICE  THAT ON THIS 18th day of March, 2008, I have cause to file with the Office of the Clerk of the United States District Court for the Central District Of Illinois, c/o Honorable John M. Waters, Clerk, the original and three (3) copies of my Circuit Rule 3(c) Docketing Statement; Motion For Leave To Proceed On Appeal In Forma Pauperis, with attached Affidavit Or Declaration In Support Of Motion For leave To Proceed In Forma Pauperis, Trust Fund Inmate Transaction Statement, and Affidavit Of Dedric Moore and Proposed Order, and on this same date and manner, a copy of the same is hereby served on the above-named persons by placing the same in the U.S. Mail through the internal institutional mail system at the Menard Correctional Center P.O. Box 711, Menard, Illinois 62259 in accordance with IDOC procedure and policy and as required by Rule 3(d) of Rules Governing Section 2254 Cases, with sufficient prepaid first class postage and properly addressed as indicated above.

  I, Dedric Moore, being first duly sworn upon oath, declares under the penalty of perjury pursuant to 28 U.S.C. §1746, that I am Petitioner-Appellant in the above-entitled cause, have read the foregoing Notice of Filing and Certificate of Service and the information contained therein is true and correct in substance and in fact to the best of my knowledge and belief and I affix my hand to sign this 18th day of March, 2008, attesting to the truth thereof.

                                           /s/ Dedric Moore
                                           _____
                                           Dedric Moore, Affiant