IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEDRIC MOORE (No. K53438), | ) Motion For Leave To Proceed On |
| | ) Appeal In Forma Pauperis To The |
| Petitioner-Appellant, | ) Court Of Appeals For The Seventh |
| | ) Circuit From A Final Order Of The |
| | ) United States District Court, |
| vs. | ) Central District Of Illinois. |
| | ) Appeal No. 08-1518. |
| | ) |
| DONALD HULICK, Warden, | ) Case No. 07-C-2015 |
| Menard Correctional Center, | ) |
| | ) The Honorable |
| Respondent-Appellee. | ) Michael P. McCuskey, |
| | ) Chief Judge Presiding. |

MOTION FOR LEAVE TO PROCEED
ON APPEAL IN FORMA PAUPERIS

FILED
MAR 24 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NOW COMES Petitioner-Appellant, Dedric Moore, in propria persona, in the above-entitled cause and moves in this Honorable Court, pursuant to Federal Rules Of Appellate Procedure, Rule 24, and request leave to proceed on appeal in forma pauperis to the Court Of Appeals For The Seventh Circuit from the final judgment of this Court, and in support thereof, respectfully states as follows.

1. Petitioner-Appellant, Dedric Moore ("Petitioner"), asks leave to file an appeal without prepayment of costs and filing fees and to proceed in forma pauperis during all proceedings before the Court Of Appeals For The Seventh Circuit in the above-entitled cause.

2. Petitioner has previously been granted leave to proceed in forma pauperis in the following Court(s):

(a). Circuit Court of Sixth Judicial Circuit, Champaign County, Illinois.

(b). Appellate Court of Illinois, Fourth Judicial District.

(c). Supreme Court of Illinois.

(d). United States District Court, Central District of Illinois.

3. Petitioner's Affidavit Or Declaration In Support Of Motion For Leave To Proceed In Forma Pauperis is attached hereto as EXHIBIT #1. Petitioner has attached the Trust Fund Inmate Transaction Statement as EXHIBIT #2, but is unable to attach the required "CERTIFICATE" due to Menard Correctional Center officials failure to complete the same after three (3) requests by Petitioner. (See attached, Affidavit Of Dedric Moore, EXHIBIT #3).

WHEREFORE, Petitioner-Appellant, Dedric Moore respectfully prays for leave to proceed on appeal in forma pauperis and for other such relief deemed just, necessary, equitable and appropriate.

Respectfully submitted;

*Dedric Moore*

Dedric Moore, Pro Se
Reg. No. K-53438
Menard Correctional Center
P.O. Box 711 Kaskaskia Street
Menard, Illinois 62259

EXHIBIT #1
(1 of 5)

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, Dedric Moore, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.
My issues on appeal are, setforth in Request For A Certificate of Appealability filed March 3, 2008, at pages 6-8.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $10. | $N/A | $10. | $N/A |
| Self-employment | $0 | $N/A | $0 | $N/A |
| Income from real property (such as rental income) | $0 | $N/A | $0 | $N/A |
| Interest and dividends | $0 | $N/A | $0 | $N/A |
| Gifts | $10 | $N/A | $10. | $N/A |
| Alimony | $0 | $N/A | $0 | $N/A |
| Child Support | $0 | $N/A | $0 | $N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $N/A | $0 | $N/A |
| Disability (such as social security, insurance payments) | $0 | $N/A | $0 | $N/A |
| Unemployment payments | $0 | $N/A | $0 | $N/A |
| Public-assistance (such as welfare) | $0 | $N/A | $0 | $N/A |
| Other (specify): _____ | $0 | $N/A | $0 | $N/A |
| Total monthly income: | $20. | $N/A | $20. | $N/A |

EXHIBIT #1
(2 of 5)

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Menard Corr. Ctr. | Box 711 Menard, IL | 2007-present | $ 15. |
|  |  |  | $ |
|  |  |  | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
|  |  |  | $ |
|  |  |  | $ |

4. How much cash do you and your spouse have? $ .02
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Menard Trust Office | Inmate Trust Account | $ .02 | $ N/A |
|  |  | $ - | $ |
|  |  | $ | $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home N/A
  Value 0

☐ Other real estate N/A
  Value 0

☐ Motor Vehicle #1  N/A
  Year, make & model  N/A
  Value  0

☐ Motor Vehicle #2  N/A
  Year, make & model  N/A
  Value  0

☐ Other assets N/A
  Description  N/A
  Value  0

EXHIBIT #1
(3 of 5)

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ N/A | $ N/A |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are real estate taxes included? ☐ Yes ☒ No |  |  |
| Is property insurance included? ☐ Yes ☒ No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ 2. | $ N/A |

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |

Insurance (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Other: N/A | $ N/A | $ N/A |

Taxes (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| (specify): N/A | $ N/A | $ N/A |

Installment payments

|  | You | Your spouse |
|---|---|---|
| Motor Vehicle | $ N/A | $ N/A |
| Credit card(s) | $ N/A | $ N/A |
| Department store(s) | $ N/A | $ N/A |
| Other: N/A | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): Legal Postage & Copies | $ 5. | $ N/A |
| **Total monthly expenses:** | $ 7. | $ N/A |

(4 of 5)

EXHIBIT #1
(5 of 5)

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   [ ] Yes   [X] No   If yes, describe on an attached sheet.

10. Have you paid - or will you be paying - an attorney any money for services in connection with this case, including the completion of this form? [ ] Yes   [X] No

    If yes, how much? __N/A__

    If yes, state the attorney's name, address, and telephone number:
    N/A

11. Have you paid - or will you be paying - anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    [ ] Yes   [X] No

12. Provide any other information that will help you explain why you can not pay costs of this case.

    Petitioner-Appellant, Dedric Moore has been incarcerated continually and as shown by EXHIBIT #2, is finanicially unable to pay costs and filing fees and to be required to pay would deny him the access to court to remedy his unconstitutional incarceration.

13. State the address of your legal residence.

    Menard Correctional Center, P.O. Box 711 Kaskaskia Street Menard, Illinois 62259; Inmate No. K-53438.

    Your daytime phone number: N/A
    Your age: __29__ (8-13-78) Your years of school: __12__
    Your social security number: __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__

I, Dedric Moore, being first duly sworn upon oath, declare under the penalty of perjury pursuant to 28 U.S.C. §1746, that the foregoing is true and correct to the best of my knowledge.

Executed on: March __18th__, 2008.

/s/ __Dedric Moore__
Dedric Moore, Affiant

**Menard Correctional Center**
**Trust Fund**
Inmate Transaction Statement

EXHIBIT #2 (1 of 2)

REPORT CRITERIA - Date: 09/01/2007 thru End;   Inmate: K53438;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K53438 Moore, Dedric T.**  **Housing Unit: MEN-SU-06-02**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 52.55 |
| 09/04/07 | Point of Sale | 60 Commissary | 2477116 | 666141 | Commissary | -40.24 | 12.31 |
| 09/07/07 | Payroll | 20 Payroll Adjustment | 250159 | | P/R month of 08/2007 | .68 | 12.99 |
| 09/11/07 | Point of Sale | 60 Commissary | 254774 | 667711 | Commissary | -12.95 | .04 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 2841107 | | P/R month of 09/2007 | 10.00 | 10.04 |
| 10/16/07 | Point of Sale | 60 Commissary | 289746 | 675234 | Commissary | -9.94 | .10 |
| 11/07/07 | Payroll | 20 Payroll Adjustment | 311159 | | P/R month of 10/2007 | 11.90 | 12.00 |
| 11/09/07 | Mail Room | 01 MO/Checks (Not Held) | 313245 | 30555 | Holtzclaw, Donrico | 2.00 | 14.00 |
| 11/13/07 | Disbursements | 84 Library | 317359 | Chk #82648 | 46587, DOC: School Dist. Libra, Inv. Date: 10/22/2007 | -.75 | 13.25 |
| 11/13/07 | Point of Sale | 60 Commissary | 317779 | 680892 | Commissary | -11.07 | 2.18 |
| 11/16/07 | Disbursements | 90 Medical Co-Pay | 320359 | Chk #82757 | 46057, DOC: 523 Fund Reimburse, Inv. Date: 10/17/2007 | -2.00 | .18 |
| 11/27/07 | Mail Room | 01 MO/Checks (Not Held) | 3312113 | 30646 | Logan Correctional Center, Trust Fund | 5.00 | 5.18 |
| 11/30/07 | Disbursements | 90 Medical Co-Pay | 334359 | Chk #82966 | 50484, DOC: 523 Fund Inmate Re, Inv. Date: 11/28/2007 | -2.00 | 3.18 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341169 | | P/R month of 11/2007 | 12.96 | 16.14 |
| 12/10/07 | Point of Sale | 60 Commissary | 344746 | 685833 | Commissary | -3.72 | 12.42 |
| 12/18/07 | Point of Sale | 60 Commissary | 352792 | 688639 | Commissary | -9.77 | 2.65 |
| 12/20/07 | Mail Room | 01 MO/Checks (Not Held) | 3542113 | 5729154589 | Holtzclaw, Patricia | 30.00 | 32.65 |
| 12/31/07 | Disbursements | 81 Legal Postage | 365359 | Chk #83396 | 51624, DOC: 523 Fund Reimburse, Inv. Date: 12/10/2007 | -1.65 | 31.00 |
| 01/07/08 | Payroll | 20 Payroll Adjustment | 007159 | | P/R month of 12/2007 | 12.48 | 43.48 |
| 01/15/08 | Point of Sale | 60 Commissary | 015779 | 692496 | Commissary | -.79 | 42.69 |
| 01/23/08 | Point of Sale | 60 Commissary | 023767 | 694671 | Commissary | -42.63 | .06 |
| 01/23/08 | Mail Room | 01 MO/Checks (Not Held) | 023294 | 30970 | Holtzclaw, Donrico S. | 5.00 | 5.06 |
| 01/31/08 | Disbursements | 81 Legal Postage | 031359 | Chk #84002 | 56465, DOC: 523 Fund Inmate Re, Inv. Date: 01/25/2008 | -1.64 | 3.42 |
| 02/07/08 | Payroll | 20 Payroll Adjustment | 038159 | | P/R month of 01/2008 | 6.72 | 10.14 |
| 02/19/08 | Disbursements | 84 Library | 050359 | Chk #84226 | 57418, DOC: School Dist. Libra, Inv. Date: 02/05/2008 | -1.60 | 8.54 |
| 02/19/08 | Point of Sale | 60 Commissary | 050774 | 700449 | Commissary | -8.34 | .20 |
| 03/05/08 | Mail Room | 01 MO/Checks (Not Held) | 065245 | 31429 | Logan C.C. Holtzclaw | 15.00 | 15.20 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070169 | | P/R month of 02/2008 | 12.48 | 27.68 |
| 03/11/08 | Point of Sale | 60 Commissary | 071792 | 705103 | Commissary | -16.61 | 11.07 |
| 03/14/08 | Disbursements | 82 Debts due to State (non-postage) | 074359 | Chk #84741 | 60703, DOC: 523 Fund Library, Inv. Date: 03/06/2008 | -4.80 | 6.27 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074359 | Chk #84744 | 60292, DOC: 523 Fund Inmate Re, Inv. Date: 02/29/2008 | -1.65 | 4.62 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074359 | Chk #84744 | 60293, DOC: 523 Fund Inmate Re, Inv. Date: 02/29/2008 | -4.60 | .02 |

| | |
|---|---|
| Total Inmate Funds: | .02 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .02 |
| Total Furloughs: | .00 |

**Menard Correctional Center**
**Trust Fund**
Inmate Transaction Statement

EXHIBIT #2
(2 of 2)

Page 2

REPORT CRITERIA - Date: 09/01/2007 thru End;   Inmate: K53438;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** K53438 Moore, Dedric T.          **Housing Unit:** MEN-SU-06-02

|  |  |
|---|---:|
| Total Inmate Funds: | .02 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .02 |
| Total Voluntary Restitutions: | .00 |

EXHIBIT #3

STATE OF ILLINOIS   )
                    )  SS.
COUNTY OF RANDOLPH  )

## AFFIDAVIT OF DEDRIC MOORE

I, Dedric Moore, being first duly sworn upon oath, declares and states the following under the penalty of perjury.

1. I, Dedric Moore, am Petitioner-Appellant in this cause of action, entitled Dedric Moore (No. K53438) v. Donald Hulick, Warden, in the United States District Court, Central District of Illinois, Case No. 07-C-2015, appeal to the Court of Appeals For the Seventh Circuit, Appeal No. 08-1518.

2. I, Dedric Moore, am filing a Motion For Leave To Proceed On Appeal In Forma pauperis and have attached an Affidavit Or Declaration In Support Of Motion For Leave To Proceed In Forma Pauperis (EXHIBIT #1), and my Trust Fund Inmate Transaction Statement for the previous six (6) months (EXHIBIT #2), but I am unable to attach the required "CERTIFICATE" due to the Menard Correctional Center officials failure to complete and return the same to me, despite requesting the same on three (3) separate occasions. I have done all I can and can not force compliance of said officials and should not be held responsible for being unable to submit said "CERTIFICATE".

Further Affiant Sayeth Not:

/s/ _Dedric Moore_
Dedric Moore, Affiant

I, Dedric Moore, being first duly sworn upon oath declares under the penalty of perjury pursuant to 28 U.S.C. §1746, that I am the Petitioner-Appellant in the above-entitled cause and have read the aforegoing Affidavit and the information contained therein is true and correct in substance and in fact to the best of my knowledge and belief and I affix my hand to sign this _18th_ day of _March_, 2008, attesting to the truth thereof.

/s/ _Dedric Moore_
Dedric Moore, Affiant

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEDRIC MOORE (No. K53438), | ) Appeal To The Circuit Court Of |
| | ) Appeals For The Seventh Circuit |
| Petitioner-Appellant, | ) From A Final Judgment Order Of |
| | ) The United States District Court, |
| | ) Central District Of Illinois. |
| | ) Appeal No. 08-1518. |
| vs. | ) |
| | ) Case No. 07-C-2015 |
| | ) |
| DONALD HULICK, Warden, | ) The Honorable |
| Menard Correctional Center, | ) Michael P. McCuckey, |
| | ) Chief Judge Presiding. |
| Respondent-Appellee. | ) |

ORDER

This Matter coming to be heard on Petitioner-Appellant's Motion For Leave To Proceed On Appeal In Forma Pauperis, and all parties having been duly notified and the Court advised in the premises;

IT IS HEREBY ORDERED the Petitioner-Appellant's Motion For Leave To Proceed On Appeal In Forma Pauperis be  GRANTED / DENIED.

_____
Judge

Entered this ___ day of _____, 2008.