UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

Dedric Moore Pro. Se.
Plaintiff(s)

v.

Donald A. Hulick (Warden)
Defendant(s)

Case Number: 07 C 2015

Judge: Michael P. McCuskey

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Dedric Moore Pro. Se., declare that I am the (check appropriate box)
   [x] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

FILED
APR 21 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

3. In further support of my motion, I declare that (check appropriate box):

   [x] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [x] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [x] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   _Dedric Moore_
   Movant's Signature

   711 Kaskaskia St.
   Street Address

   Menard, Ill 62259
   City/State/Zip

Date: 15 April 2008

```
               IN THE UNITED STATES DISTRICT COURT
      FOR THE   NORTHERN          DISTRICT OF ILLINOIS
```

DEDRIC MOORE  K-53438           )
                Plaintiff,      )
                                )
v.                              )  No.  07 C 2015
                                )
Donald A. Hulick                )
                                )  The Honorable
                                )    Michael P. McCuskey,
                Defendants.     )  Judge Presiding.

## NOTICE OF FILING

TO: ~~[redacted]~~  Clerk,
    U.S. District court of
    Illinois
    Urbana, Division
    Room 218, U.S. Court house
    201 Vine st
    Urbana, IL 61801

PLEASE TAKE NOTICE that on or before the 15th day of April, 2008, I shall file with the Clerk of the U.S. District Court For The Northern District of Illinois, the attached Plaintiff's MOTION FOR APPOINTMENT OF COUNSEL a copy of which is hereby served upon you.

By: *Dedric Moore*
Register Number K-53438
Post Office Box 711,
Menard, Illinois 62259

## CERTIFICATE OF SERVICE

I, Dedric Moore Pro.Se., being duly sworn aver that I have served copies of the foregoing to the person named above by placing such copies in the U.S. Mailbox at the Menard Correctional Center on the 15th day of April, 2008; postage prepaid. UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

*Dedric Moore*
Affiant