**E-FILED**
Monday, 23 June, 2008  10:54:57 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 20, 2008

To:   Pamela Robinson
UNITED STATES DISTRICT COURT
Central District of Illinois
U.S. Courthouse
Urbana 61802-3369



FILED

JUN 23 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| No.: 08-1518 | DEDRIC MOORE,<br>Petitioner - Appellant<br><br>v.<br><br>DONALD HULICK,<br>Respondent - Appellee |
| --- | --- |

| **Originating Case Information:** |
| --- |
| District Court No: 2:07-cv-02015-MPM-DGB<br>Central District of Illinois<br>Court Reporter Lisa Cosimini<br>District Judge Michael McCuskey<br>Clerk/Agency Rep Pamela Robinson |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.
A certified copy of the opinion/order of the court and judgment, if any, and any
direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:         Entire record returned
                                 consisting of

Pleadings:                       1

Loose pleadings:                 5

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are
to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period
will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

**Date:**                        **Received by:**

*June 23, 2008*                  *[signature]*

form name: **c7_Mandate** (form ID: **135**)

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted May 29, 2008
Decided May 29, 2008

**Before**

RICHARD D. CUDAHY, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

No. 08-1518

| | |
|---|---|
| DEDRIC MOORE,<br>    *Petitioner-Appellant,* | Appeal from the United States District Court for the Central District of Illinois. |
| *v.* | No. 07-2015 |
| DONALD HULICK,<br>    *Respondent-Appellee.* | Michael P. McCuskey,<br>*Chief Judge.* |

## O R D E R

Dedric Moore has filed a notice of appeal from the denial of his petition under 28 U.S.C. § 2254 and an application for a certificate of appealability.  This court has reviewed the final order of the district court and the record on appeal.  We find no substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is **DENIED**.  Moore's motion for appointment of counsel is **DENIED**.